IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jasen A Hussain-Tate <br> **Plaintiff** | 1:17 CV 2273 <br> CASE NO._____ |
| -vs- <br> VA Medical Center <br> Eliza Bryant Village <br> University Hospital <br> **Defendant(s)** | JUDGE _____ <br><br> COMPLAINT <br><br> **JUDGE NUGENT** <br><br> **MAG. JUDGE BAUGHMAN** |

1:17 CV 2273

VA Medical Center of Cleveland — Eliza Bryant Village .. University Hospital
10701 East Blvd. Cleveland Ohio 44106    7201 Wade Park Clev. Oh 44103    11100 Euclid Ave
                                                                          Cleveland OH 44106

State Of Ohio

My name is Jasen Hussain Tate son of deceased veteran Debra Iris Tate-Hussain. My mother was in the care of the VA Medical Center of Cleveland hospice during the periods of June 2015 up until Sept 29 2015. My mother died November 9 2015 on my birthday. All my life I have known my mother to have a series of health issues. One being type two diabetes. She fought for years to get her pension switched to service connection pay due to the type of job she had in the U.S. Navy working as an aviation aircraft mechanic. She was in touch of those chemicals sprayed on terrain in Vietnam, which believed to have caused her cancer. My mother loss two children at birth and I have a brother with a mental disability.

During my visit with my mother in September 2015, I witnessed her vomiting everyday. She was restricted to her bed with an alarm that went off every time she would get out of the bed. One nurse was yelling at my mother for making the bed alarm go off every time she moved. The VA Medical Center did not have hot water. They had her doped up on a bunch of morphine. The morphine caused her to developed blood clots from her feet all the way up to her lungs. They were using too much morphine. Why did the doctor not prescribe cannabis oil suppositories to my mother rather than chemotherapy to save her? They gave her 22 cycles of chemotherapy. I know my mother she was a fighter. They convinced her into quitting by making her choose hospice. They were not trying to save her. I researched my mother's condition and found that the stent she had needed replaced in her duodenum. I let the doctors know of this then they scheduled he surgery on September 24th 2015 after they found that she had beef and rice stuck in her stent after some test were performed on her. Doctor Gerard Ashton Isenberg performed the surgery of replacing her stent.

My mother was transfer to a nursing facility called Eliza Bryant Village where she continued hospice through the VA. The VA Hospital did not transfer over all her discharge papers for the nurses and doctors in the facility to take care of her. They were not feeding her right because they did not have record of her diet. She was to be on a soft food diet and they were giving her solids so she could not eat. They were not feeding her this caused her to become malnourished. This caused her to be in severing pain, which caused the doctor to administer her pain medicines, which made her so, impaired so that she would stay in bed. My mother was not herself. She develops DVT from all of this and that is what caused her death.

I am asking for my mothers service connection pay for Agent Orange and for my mental anguish medical malpractice and wrongful death in the amount of $500,000.00

*Jasen Allen Hussain Tate*
Jasen Allen Hussain Tate
9600 Carton Cleveland, Ohio 44104
10-27-2017