IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jasen Hussain-Tate, | ) | CASE NO. 1:17 CV 2273 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| VA Medical Center *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Court's accompanying Memorandum Opinion and Order, this action is dismissed for lack of subject-matter jurisdiction. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　／s／ Donald C. Nugent
　　　　　　　　　　　　　　　　　　　DONALD C. NUGENT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: February 27, 2018